UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS CHAMBLISS,** | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 3:14-2435 |
| **OFFICER JONES, et al.,** | : (Judge Mannion) |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed in forma pauperis (Doc. 2) is **GRANTED** only for the purpose of filing the complaint.

2. The complaint is dismissed pursuant to 28 U.S.C. §1915(e) (2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause and not taken in good faith.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   January 26, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2435-01-ORDER.wpd